```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES MCELROY
                                                :   CIVIL ACTION
       v.                                :
                                                :
FIVE STAR INTERNATIONAL, LLC.,  :   No. 09-5475
et al

SETTLEMENT CONFERENCE SCHEDULING ORDER

       Please be advised that an in person settlement conference in the above-captioned case will be held on **WEDNESDAY, SEPTEMBER 15, 2010** at **10:00 AM** before the Honorable Arnold C. Rapoport, United States Magistrate Judge, in Suite 3401, Edward N. Cahn United States Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA, 18101.

       COUNSEL ARE DIRECTED TO REPORT TO CHAMBERS ON THE DATE AND TIME STATED ABOVE. PURSUANT TO LOCAL RULE 16.1 (d) 3, **<u>TRIAL COUNSEL</u>** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE. **<u>ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL, UNLIMITED AND BINDING AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS</u>**. **<u>PERSONS PRESENT MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.</u>**

       FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

                                                   CARLENE L. JONES/S/
                                                   CARLENE L. JONES
                                                   Deputy Court Clerk
                                                   Hon. Arnold C. Rapoport
                                                   Phone: 610-776-0369
                                                   FAX: 610-776-0379

Date:    August 17, 2010
cc.     Andrea C. Farney, Esq.
        William E. Dengler, Esq.