IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MCELROY,<br>        Plaintiff<br><br>v.<br><br>FIVE STAR INTERNATIONAL, LLC.,<br>JOHN A. SCHELER,<br>FRED P. SCHELER,<br>AND PETER F. SCHELER | :  Civil Action No. 09-5475 (TMG)<br>:<br>:  **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF NON-CONCURRENCE**

I, William E. Denger, Esquire, do hereby certify that Plaintiff's counsel was contacted in this matter to determine whether or not she concurs or does not concur in this Motion for Summary Judgment   Plaintiff does not concur.

                            HENDRZAK & LLOYD

                            /s/ William E. Dengler
                            WILLIAM E. DENGLER, ESQUIRE
                            Attorney for Defendant Five Star
                            International LLC. John A. Scheler, Fred P. Scheler,
                            and Peter F. Scheler
                            Attorney I.D. No.: 72696
                            3701 Corporate Center Parkway, Suite 100
                            Center Valley, Pennsylvania  18034
                            (610) 709-8705
                            (610) 709-8560 (fax)

Dated: 12/1/10